

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 2:24-cr-00075
      21 U.S.C. § 841(a)(1)
      18 U.S.C. § 2422(b)

**CHIDI ANTHONY OKAFOR**

**I N F O R M A T I O N**

The United States Attorney Charges:

<u>COUNT ONE</u>

On or about October 31, 2022, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHIDI ANTHONY OKAFOR knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

In or around February 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHIDI ANTHONY OKAFOR, using a facility and means of interstate commerce, that is, cellular networks and the Internet, did knowingly persuade, induce, entice and coerce an individual, a minor female, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
ALEXANDER A. REDMON
Assistant United States Attorney